UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JAMES C. RENNICK SR.,

        Plaintiff,

vs.

LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC,

        Defendant.

Case No.: 8:17-cv-3006-EAK-TGW

**JOINT MOTION FOR REFERRAL OF MEDIATION TO MAGISTRATE**

Plaintiff James C. Rennick Sr. and Defendant LexisNexis Risk Data Retrieval Services LLC (collectively, the "Parties") jointly move the Court to refer mediation to a Magistrate Judge. In support of this motion, the Parties state as follows:

1. The Parties have engaged in a series of substantive settlement discussions throughout the course of this case, but believe that they have reached a point in their discussions where it would be both beneficial and economical to continue those discussions in a mediation before a Magistrate Judge. The parties believe that such a mediation would be especially useful given that they expect that the mediation will be able to take place at a point when the discovery record will be sufficiently developed so as to make discussions more productive.

2. The parties had expected to conduct a mediation before a private mediator, but there remain a number of discovery issues which have not yet been resolved (including discovery from third parties), and conducting mediation before the record is more fully developed would not yield fruitful results.

3. The parties respectfully submit that mediation before a Magistrate Judge is more appropriate and cost-effective given the facts and circumstances of the case.

4. Following the mediation, the parties would expect to report to the Court on any progress and any future or continuing proceedings relating to the parties' mediation efforts.

For the foregoing reasons, the Parties respectfully request that the Court refer mediation of the dispute to a Magistrate Judge.

Dated: August 9, 2018

**LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC**

/s/ Michael B. Miller
Michael B. Miller (Admitted Pro Hac Vice)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
MBMiller@mofo.com

Mahlon H. Barlow
Florida Bar No. 871117
Sivyer Barlow & Watson, P.A.
401 East Jackson Street, Suite 2225
Tampa, Florida 33602
Phone: (813) 221-4242
mbarlow@sbwlegal.com

**JAMES C. RENNICK SR.**

Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
Telephone: 862-227-3106
Email: dz@zemellawllc.com

Matthew Fornaro
Matthew Fornaro, P.A.
11555 Heron Bay Blvd. Suite 200
Coral Springs, FL 33076
Telephone: (954) 847-3843
Email: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2018, I served the foregoing electronically via ECF, to the following counsel of record:

Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
Telephone: 862-227-3106
Email: dz@zemellawllc.com

Matthew Fornaro
Matthew Fornaro, P.A.
11555 Heron Bay Blvd. Suite 200
Coral Springs, FL 33076
Telephone: (954) 847-3843
Facsimile: (954) 888-3067
Email: mfornaro@fornarolegal.com

        /s/ Michael B. Miller
        Michael B. Miller (Admitted Pro Hac Vice)
        Morrison & Foerster LLP
        250 West 55th Street
        New York, NY 10019
        Phone: (212) 468-8000
        Facsimile: (212) 468-7900
        MBMiller@mofo.com

        Mahlon H. Barlow
        Florida Bar No. 871117
        Sivyer Barlow & Watson, P.A.
        401 East Jackson Street, Suite 2225
        Tampa, Florida 33602
        Phone: (813) 221-4242
        Facsimile: (813) 227-8598
        mbarlow@sbwlegal.com